3318.    HYLAND CHEMICAL CO. *v.* GODDARD.

HILL, C. J.    This writ of error relates to a judgment overruling a demurrer to a plea.    There was no final judgment, and the case is still pending in the lower court.    Under the repeated rulings of this court and the Supreme Court, the writ of error will be dismissed as premature.    Civil Code (1910), § 6138; *Case Threshing Machine Co.* v. *Hodges,* 9 *Ga. App.* 722 (72 S. E. 189), and cases there cited.

*Writ of error dismissed.*

DECIDED NOVEMBER 7, 1911.

*Scott & Davis, C. G. Mills Jr.,* for plaintiff.
*Cleveland & Goodrich,* for defendant.